J. A. Healey, Respondent, *v.* R. H. Macy & Co., Inc., Appellant.

Argued March 3, 1938; decided March 18, 1938.

*Leon Lauterstein, Emanuel Dannett* and *Joseph F. Finnegan* for appellant.

*Frederick W. R. Pride* and *John A. Wells* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Crane, Ch. J., O'Brien, Hubbs, Loughran, Finch and Rippey, JJ. Taking no part: Lehman, J.